■ ROBERT FRANKIE, Respondent, v ERNEST PIZZIGATI, Appellant.—In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Nassau County (Di Noto, J.), entered October 22, 1990, which denied his motion for summary judgment dismissing the complaint.

Ordered that the order is reversed, on the law, with costs, the motion is granted, and the complaint is dismissed *(see, Santangelo v State of New York,* 71 NY2d 393; *Wynne v Tullman,* 151 AD2d 476; *see also,* General Municipal Law § 205-e; *Brophy v Generoso,* 137 AD2d 478). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.

■ HELEN GEORGALAS et al., Respondents, v STEPHEN SERLIN et al., Appellants.—In a consolidated action to recover damages for medical malpractice, etc., the defendants Stephen Serlin, Adirondack Obstetrics and Gynecology, P. C., and Martha B. Philion appeal, and the defendants David B. Kelly, Brian T. Rice, and Adirondack Radiology Associates, P. C., separately appeal, from so much of an order of the Supreme Court, Kings County (Clemente, J.), entered October 25, 1990, as denied their respective motions for a change of venue from Kings County to Warren County.

Ordered that the order is affirmed insofar as appealed from, with one bill of costs payable by the appellants appearing separately and filing separate briefs.

The Supreme Court did not improvidently exercise its discretion in denying the defendants' motions to change venue from Kings County to Warren County *(see, D'Argenio v Monroe Radiological Assocs.,* 124 AD2d 541). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.